**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com **Telephone 212-349-0230**

**By ECF**

November 19,2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2026

Honorable Mary Kay Vyskocil
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. *Guillermo Freites-Velazquez*
25 Cr.76 (MKV)

Dear Judge Vyskocil:

This letter is respectfully submitted to request an adjournment of Mr. Freites-Velazquez' sentencing which is currently scheduled for December 9, 2026. I make this request due a calendar conflict that I have been unable to resolve.

I have consulted with the Government. The parties are available any date the first week in January that would be convenient to Your Honor. I have been advised by Assistant United States Attorney Jared Hoffman that the Government consents to this request.

Respectfully submitted,

/s/Andrew Patel
Andrew G. Patel

cc: All counsel (by ECF)

**Granted. SO ORDERED.**
Sentencing in this matter is adjourned to January 7th, 2027 at 11:30am.

Date: 11/19/2026
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge